**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:18-CV-071-KDB-DCK**

| | |
|---|---|
| **MARLENE B. SCOTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | <u>**ORDER**</u> |
| ) | |
| **IREDELL STATESVILLE SCHOOLS** ) | |
| **BOARD OF EDUCATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "…Motion To Show Cause, Motion For Sanctions And Motion For Attorneys' Fees And Expenses" (Document No. 68) filed on October 25, 2019, and related scheduling concerns. The pending motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

On October 31, 2019, the Court allowed "Plaintiff's Motion For Extension Of Time To Respond To Defendant's Status Report, Motion To Show Cause, Motion For Sanctions And Motion For Attorneys' Fees And Expenses" (Document No. 69) and extended the response deadline to Document No. 68 from November 8, 2019 to November 12, 2019. (Document No. 71). Plaintiff failed to file a response to the pending motion. Instead, Plaintiff filed a "…Report To The Court Pursuant To Order Issued On October 1, 2019" (Document No. 75).

Based on the foregoing, and Judge Bell's recent "Order" (Document No. 77) granting summary judgment for Defendant, the undersigned finds that briefing on the pending motion will assist the Court's decision and is consistent with the requirements of Local Rule 7.1(e). It appears

that the remaining issue in this matter is "Plaintiff's payment of reasonable expenses and attorney's fees as directed" in the undersigned's previous "Order" (Document No. 64).

The undersigned respectfully encourages counsel for both parties to again confer in an attempt to resolve the remaining issue(s) without further Court intervention. If that attempt is unsuccessful, the Court will issue a decision after the matter is fully briefed.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to Defendant's "…Motion To Show Cause, Motion For Sanctions And Motion For Attorneys' Fees And Expenses" (Document No. 68) on or before **December 13, 2019**. Defendant shall file a reply brief in support of its motion on or before **December 20, 2019**.

**SO ORDERED**.

Signed: December 4, 2019

David C. Keesler
United States Magistrate Judge